**Opinion filed January 19, 2018**



## In The

# Eleventh Court of Appeals

_____

## No. 11-17-00363-CV
_____

## DARREL BLAKE, SR., Appellant
## V.
## BRENDA CAROL BLAKE, Appellee

**On Appeal from the County Court at Law
Brown County, Texas
Trial Court Cause No. DV1707137**

### M E M O R A N D U M   O P I N I O N

Appellant, Darrel Blake, Sr., has filed in this court a motion to dismiss this appeal. According to the certificate of conference, Appellee does not oppose the motion. Therefore, in accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

January 19, 2018                                                  PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.